UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR-05-2100-LRS-3 |
| vs. | ) | Order of Dismissal Without Prejudice |
| CRISTIAN CEJA, | ) | |
| Defendant. | ) | |

Leave of court is granted for the filing of the foregoing dismissal without prejudice. The Court makes no judgment as to merit or wisdom of this dismissal.

DATED this __26th__ day of __October__ , 2007.

s/Lonny R. Suko

_____
Lonny R. Suko
United States District Court Judge

Order of Dismissal Without Prejudice - 1
P71024dsd.REI.wpd